IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| PEDRO REYES *et al*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:12-CV-209 |
| | § | |
| | § | JUDGE RON CLARK |
| JAMES DEAN STANTON *et al*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Before the court is Plaintiffs' Motion to Dismiss with Prejudice [Doc. #22]. The court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendants James Stanton and ATS Specialized, Inc. are DISMISSED WITH PREJUDICE. Cost shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this 4 day of **September, 2013.**

_____
Ron Clark, United States District Judge